United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | NO. 11-CV-00508-EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UYEN DANG, individually and d/b/a CHOT NHO CAFE | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Case Management Conference which was set in this case for June 24, 2011 is continued to August 26, 2011 at 1:30 PM, in Courtroom 1, Fifth Floor, 280 S. First St., San Jose, California. As in the other cases he has on calendar that day, Plaintiff's counsel of record, Thomas P. Riley, is ordered to personally and physically appear.

Dated: June 15, 2011

EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley TPRLAW@att.net

**Dated: June 15, 2011**               **Richard W. Wieking, Clerk**

**By:     /s/ EJD Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**